UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| TARA SUZANNE FARQUE and<br>BRIAN DAVID FARQUE, | )<br>) | Civil Action No.: 2:20-cv-002245-RMG |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | **DEFENDANT'S DISCLOSURE OF<br>EXPERT WITNESSES** |
| DEON A. DEAS and<br>TAMARA GONZALEZ, | )<br>)<br>) | |
| Defendants. | )<br>) | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's July 9, 2021 Second Amended Scheduling Order, Defendants disclose the identities of the following expert Witness(es) whom Defendants intend to tender at trial. In accordance with the Court's Order, the Expert's written reports are being filed concurrently with this disclosure.

### EXPERT WITNESS ONE

| | |
|---|---|
| **Name:** | Dr. Mark Wagner |
| **Address:** | 203 Rutledge Avenue<br>Charleston, SC 29403 |
| **Area of Expertise:** | **Neuro-Psychologist** |
| Written Report | Attached hereto as Exhibit #1 |
| Statement of Opinions | Outlined in the Written Report (Exhibit #1) |
| Facts considered | Outlined in the Written Report (Exhibit #1) |
| Exhibits | All medical records of the Plaintiffs<br>All Scientific References Cited (attached in Exhibit #1) |
| Qualifications | Attached in Dr Wagner's CV Exhibit #2 |
| Case list | Exhibit #3 |

Invoices					Exhibit #4

 

 					MILLIGAN & HERNS, PC

 					s/ *Tom Milligan*
 					_____
 					Thomas H. Milligan (SC Bar 12272)
 					721 Long Point Road, Suite 401
 					Mount Pleasant, SC 29464
 					Phone: (843) 971-6750
 					Fax:    (843) 971-6509
 					Email: tom@milliganlawfirm.com

September 24, 2021
Mount Pleasant, South Carolina		ATTORNEYS FOR THE DEFENDANT