MEDICAL UNIVERSITY OF SOUTH CAROLINA
COLLEGE OF MEDICINE
CURRICULUM VITAE

NAME:            Mark T. Wagner                              DATE:      August, 2021

OFFICE ADDRESS:      Department of Neurosciences, Division of Neurology      PHONE #:   792-3221
Medical University of South Carolina  wagnermt@musc.edu

EDUCATION:

| YEARS | TRAINING | LOCATION |
|---|---|---|
| 1972–1976 | B.A., Psychology | Metropolitan University Denver, Colorado |
| 1976–1979 | M.A., Experimental Psychology | University of the Pacific Stockton, California |
| 1979–1985 | Ph.D., Clinical Psychology (Specialty: Neuropsychology) | Memphis University Memphis, Tennessee |
| 1984–1985 | Teaching Fellow in Psychiatry (Psychology) | Boston University Medical Center Boston, Massachusetts |

LICENSURE:   South Carolina #536, South Carolina Board of Examiners in Psychology (Clinical Psychology)

New York State #10272, University of the State of New York Education Department, State Board for Psychology (Clinical Psychology) inactive status

FACULTY APPOINTMENTS:

| YEARS | RANK | DEPARTMENT | INSTITUTION |
|---|---|---|---|
| 1984–1985 | Teaching Fellow | Psychiatry | Boston University Medical Center |
| 1985–1987 | Senior Instructor | Preventive Medicine, Family Practice, & Rehab Medicine | University of Rochester School of Medicine & Dentistry |
| 1987–1989 | Assistant Professor | Preventive & Rehab Medicine | University of Rochester School of Medicine & Dentistry |
| 1989–1992 | Assistant Professor | Orthopaedics, Rehab Medicine | University of Rochester School of Medicine & Dentistry |
| 1992–1995 | Assistant Professor | Neurology | Medical University of South Carolina |
| 1992–1995 | Assistant Professor | Psychiatry & Behavioral Sciences | Medical University of South Carolina |
| 1995–2000 | Associate Professor | Psychiatry & Behavioral Sciences | Medical University of South Carolina |
| 1995–2011 | Associate Professor | Neurology | Medical University of South Carolina |
| 2011- Present | Professor | Neurology | Medical University of South Carolina |

HOSPITAL APPOINTMENTS:

| YEARS | POSITION | INSTITUTION |
|-------|----------|-------------|
| 1978–1979 | Research Assistant | University of the Pacific/Stockton Police Department |
| 1980–1981 | Research Assistant | Federal Correction Institute |
| 1981–1982 | Student Psychologist | St. Joseph Hospital |
| 1982–1983 | Student Psychologist | Memphis Mental Health Institute |
| 1983–1984 | Neuropsychology Technician | University of Tennessee/Memphis University |
| 1985–1992 | Director of Neuropsychological Services | Monroe Community Hospital |
| 1985–1992 | Adjunct Staff in Clinical Psychology | Monroe Community Hospital |
| 1992–2001 | Director of Neuropsychological Services, Memory Disorder Clinic | Medical University of South Carolina |
| 1992–2001 | Associate Director, Psychological Assessment Center | Medical University of South Carolina |
| 1992–Present | Consulting Medical Staff | Medical University of South Carolina |

MEMBERSHIP IN PROFESSIONAL/SCIENTIFIC SOCIETIES

NATIONAL SOCIETIES

American Congress of Rehabilitation Medicine- expired
New York Neuropsychological Group- expired
International Neuropsychological Society- active
American Psychological Association, Division of Clinical Neuropsychology- expired
National Academy of Neuropsychology — Fellow Status- active

EDITORIAL POSITIONS

Peer Reviewer, Epilepsia
Peer Reviewer, Journal of Geriatric Psychiatry and Neurology

Peer Reviewer, The International Journal of Psychiatric Medicine, 2006-Present.

Peer Reviewer, Neuropsychology Review, 1996–Present

Peer Reviewer, Journal of Traumatic Stress, 1998–Present

Peer Reviewer, Archives of Physical Medicine and Rehabilitation, 1990–Present

Peer Reviewer, International Journal of Neuropharmacology, 1997–Present

Peer Reviewer, Harcourt College Publishers, 2001- Present

Peer Reviewer, Journal of the International Neuropsychological Society

Grant Reviewer, Alzheimer Association 2000- Present

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 3.

EXTRAMURAL GRANTS/AWARD AMOUNT

PRINCIPAL INVESTIGATOR

1991–1992   Principal Investigator, "Neurocognitive Dysfunction and Awareness of Cognitive Deficit as Factors Affecting Continent Behavior in the Nursing Home Population." National Institute of Aging, Award: $21,252

1994–1995   Principal Investigator, "Neuropsychological and Neuropsychiatric Manifestations of Eosinophilia Myalgia Syndrome." Showa Denko American, Award: $123,000

1998–2000   Principal Investigator, "Rehabilitation of Cognitive Deficits Associated with Secondary Progressive Multiple Sclerosis." National Institute of Child Health and Human Development, R-21, MD36990-01: $71,654.

CO-INVESTIGATOR/CONSULTANT

1994   Consultant, "Clinical Trial of Mentane with Alzheimer's disease." Hoechst-Roussel Pharmaceuticals Inc.

1995   Co-Investigator, "Enhancing Family Caregiving with Life Story Book and Life Review." Alzheimer's Association, 3/1997–2/2000, Award: $152,014.

1995   Consultant, "Twenty-Four Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Vascular Dementia." Hoechst-Roussel Pharmaceuticals Inc.

2000   Consultant, An Open-Label, Single-Arm Study of Simvastatin as a Therapy for Multiple Sclerosis.

2001   Teichner, G, & Wagner, M.T. Increasing treatment compliance with acetylcholinesterase inhibitors in patients with mild to moderate Alzheimer's disease. Grant Application; Alzheimer's Association (rejected).

2002   Co-investigator, Life Review: Managing chronic stress in Alzheimer dyads, NIH/NINR, Barabra Haight, Ph.D., PI.

2003   Co-investigator, Human Pilot Study – Safety and Efficacy of 3,4-Methylenedioxymethamphetamine (MDMA) Assisted Psychotherapy in the Treatment of Chronic PTSD Michael C. Mithoefer, M.D, Mark T. Wagner, Ph.D.

2004   Co-Director of Clinical Core, Alzheimer Disease Research Center, Mintzer & Bachman.

2004   Consultant, Translational Research in Addiction Center- Project 4, 5 yrs, NIH/NIDA/DHHS, Ron See, Ph.D.

2008   Co-investigator. RNS System Pivotal Clinical Investigation 2yr

2017   Feasibility Study on LITT for Medical Refractory Epilepsy. Monteris Medical (Flare Study)

2017   Phase 3 Study A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects with Early Alzheimer's Disease (ENGAGE)

Consultant

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 4.

| | |
|---|---|
| 2012 | FMRI in Anterior Temporal Epilepsy Surgery (FATES). |
| 2012 | Radiosurgery or Open Surgery for Epilespy (ROSE) |
| 2011-2012 | Consultant Eladian Partners, LLC |
| 2000-2011 | Consultant Automated Trading Desk, LLC |
| 2004-Present | Consultant Hawkes Learning Systems |
| 2000-Present | Consultant MAPS |

## ACADEMIC COMMITTEES

| | |
|---|---|
| 1986–1987 | Center on Aging Steering Committee, Monroe Community Hospital, Rochester, New York |
| 1988–1992 | Stroke Group Organizational Chairperson, University of Rochester Medical Center, Monroe Community Hospital, Rochester, New York |
| 1985–1992 | Administrative Committee, Inpatient Rehabilitation Service Program, Monroe Community Hospital, Rochester, New York |
| 1991–1992 | Instructional Committee on Animal Research, Chairperson, Monroe Community Hospital, Rochester, New York |
| 1992–present | Administrative Committee, Memory Disorder Clinic Service Program, Neurology, Medical University of South Carolina |
| 1992–2000 | Administrative Committee, Consultation-Liaison Service, Institute of Psychiatry, Medical University of South Carolina |
| 1992–Present | Psychology Internship Education Committee, Medical University of South Carolina |
| 1994–Present | Ad Hoc Committee Chief, Medical University of South Carolina Internship Program |
| 1994–2000 | Neuropsychology State Interest Group, Secretary |
| 1997-1999 | Estuary Association Syndrome Committee sponsored by the CDC. |
| 2001-Present | MUSC Neuroscience Institute, Member |
| 2010- Present | Executive member MUSC Sarcoidosis Comprehensive Care, Research, and Education Center (SACRED). |
| 2014- 2014 | Committee judge. Student Research Award. National Academy of Neuropsychologists. |

## ACADEMIC MISSION BASED SALARY SUPPORT COMMITTEES (AMBSS)

| | |
|---|---|
| 2014-Present | Mentor, Neuropsychology Internship Education Program |
| 2014-Present | Mentor, Neuropsychology Internship Clinical Program |
| 2014-Present | Assigned lecturer, non-neurology housestaff didactic seminar |
| 2014-Present | Assigned lecturer, general neurology resident didactic seminar |

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 5.

| | |
|---|---|
| 2014-Present | Mentor, Neuropsychology Internship Program |
| 2014-Present | Associate Program Director (Neuropsychology) |
| 2014-Present | candidate |

OTHER

| | |
|---|---|
| 2013 | Knight Alzheimer Disease Research Center Memory and Aging Project, CDR Rater Certified |

MAJOR TEACHING RESPONSIBILITIES

| | |
|---|---|
| 1985–1992 | Preceptor, Lecturer, and Seminar Leader for Medical Student and Residency (Physical Medicine and Rehabilitation, Neurology, and Geriatric Medicine) Educational Program, University of Rochester Medical School |
| 1992–Present | Research Preceptor, Medical University of South Carolina Summer Medical Student Research Program, Medical University of South Carolina |
| 1992–Present | Research Preceptor, Clinical Psychology Post-doctoral and Internship Training Programs, Medical University of South Carolina |
| 1992–2000 | Seminar Orientation Lecturer, Institute of Psychiatry Inpatient PGY1 & 2 residents, Medical University of South Carolina |
| 1992–2000 | Seminar Lecturer, Psychology Seminar Series for Psychiatry residents PGY1-3, Medical University of South Carolina |
| 1992–Present | Seminar Lecturer, Clinical Psychology Post-doctoral and Internship Didactic Seminar Series, Medical University of South Carolina |
| 1992–Present | Clinical Teaching Supervisor, Clinical Psychology Internship Training Program Faculty, Institute of Psychiatry, Medical University of South Carolina |
| 1992–2000 | Clinical Teaching Supervisor, Clinical Psychology Post-doctoral Training Program Faculty, Institute of Psychiatry, Medical University of South Carolina |
| 2000–Present | Clinical Teaching Supervisor, Clinical Psychology Post-doctoral Training Program Faculty, Department of Neurology, Medical University of South Carolina |
| 1994–2002 | Clinical Correlate Consultant, Parallel Curriculum Medical School Education Program, Medical University of South Carolina |
| 1997–2002 | Faculty Tutor, Parallel Curriculum Medical School Education Program, Medical University of South Carolina |
| 2000-Present | Clinical Teaching Supervisor, PGY-4 Neurology and Psychiatry Residents, Department of Neurology, Medical University of South Carolina |
| 2014- Present | Neurology/Rehabilitation Medicine Medical Student Clerkship Instructor |

POST-DOCTORAL FELLOWS

John Hummer, Ph.D.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 6.


William Wellborn III, Ph.D.

Karen B. Spangenberg, Ph.D.

Katrina R. Ryals, Ph.D.

Rebecca Mathews, Ph.D.

Sari Newman, Ph.D.

Joanne Festa, Ph.D.

Gordon Teichner, Ph.D.

Joy Wymer, Ph.D.

Noelle Carlozzi, Ph.D.

Travis Turner, Ph.D.

Jamee Nicolettt, PhD.

Joseph Schacht, Ph.D.

Laurie Brenner, Ph.D.

Dana Szeles, Ph.D.

RESEACH MENTORSHIPS

Madhabika Nayak, Ph.D. 1994

Patricia O'Connell, Ph.D. 1995

Tamera Brown, Ph.D. 1996

Laurie Ryan, Ph.D. 1997

Joanne Festa, Ph.D. 1998

Joanne Davis, Ph.D. 1999

Jyothilakshmi Vayalarkara, Ph.D. 2000

Scott Machin, Ph.D. 2001

Angela McBride, Ph.D. 2002

Sarah Marion, Ph.D. 2003

Joy Wymer, Ph.D. 2004

Jessica Smerz, Ph.D. 2005

Melina Griss, Ph.D. 2006

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 7.

     Nichole Mickley, Ph.D. 2007

     Chistopher Contardo, Ph.D. 2008

     Ana Soper, Ph.D. 2009

     Joni Howard, Ph.D. 2010

     Laurie Brenner, Ph.D. 2011-12

     Malene Abell, Ph.D. 2014-2015

     Rebecca MacAulay 2015-2016

     Deborah Lowe 2016-2017

     Kristian Nitsch 2017-2018

     Emily Duggan 2018-2019

UNDERGRADATE MENTORSHIPS

     Blakely Mulder, B.S. 2013

     Morgan Prieur, B.S. 2014

     Daniela Kottke, M.S. 2019
     University of Dusseldorf

MAJOR CLINICAL INTERESTS AND RESPONSIBILITIES

Department of Neurology, Section of Neuropsychology, Medical University of South Carolina. Director of Neuropsychological Services. Consultation for general adult neurological inpatient and outpatient services at Medical University Hospital programs. Staff of post-doctoral and internship psychologists. Responsibilities include administrative, supervisory, and teaching activities.

Psychological Assessment Center, Consultation-Liaison Service, Institute of Psychiatry, Medical University of South Carolina. Director of psychological and neuropsychological consultation for general adult psychiatric inpatient units at the Institute of Psychiatry, other Medical University Hospital programs, and outpatient services. Staff of post-doctoral and internship psychologists. Responsibilities include administrative, supervisory, and teaching activities.

Psychological Assessment Center, Consultation-Liaison Service, Psychological Assessment Center, Consultation-Liaison Service, Institute of Psychiatry, Medical University of South Carolina. Co-director of psychological and neuropsychological consultation for general adult psychiatric inpatient units at the Institute of Psychiatry, other Medical University Hospital programs, and outpatient services. Staff of post-doctoral and internship psychologists. Responsibilities include administrative, supervisory, and teaching activities.

Director of Neuropsychology Services, University Hospital Memory Disorder Clinic, Department of Neurology, Medical University of South Carolina. Memory Disorder Clinic specializing in outpatient diagnostic evaluation of elderly adults with questions of possible Alzheimer's Disease.

Clinical supervisor, Inpatient Child Psychiatric Services, Institute of Psychiatry, Medical University of South Carolina. Supervision of two psychometricians where intellectual and objective psychological diagnostic evaluation services are provided to patients admitted for inpatient psychiatric hospitalization.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 8.


Clinical Neuropsychologist, Private Practice, University Medical Associates (UMA). Outpatient diagnostic service for patients referred for neurocognitive and/or psychological evaluation. Special interest in neurological disorders affecting the elderly including degenerative dementias, cerebral vascular disease, depression, and in the younger population closed-head injury.


INVITED LECTURES

"MDMA-assisted psychotherapy for PTSD causes long-lasting changes in personality." PsychPost.Org 2017. http://www.psypost.org/2017/08/mdma-assisted-psychotherapy-ptsd-causes-long-lasting-changes-personality-study-finds-49455

"Recovery of function from stroke: Cognitive and psychosocial implications." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1987.

"Post-stroke depression." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1988.

"Cognitive rehabilitation: Theory and practice." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1989.

"Neuropsychology of aging." Geriatric Grand Rounds, Monroe Community Hospital/University of Rochester, Rochester, New York, 1989.

"Neurobehavioral syndromes following focal damage." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1990.

"Activation, arousal, and the frontal lobes." Geriatric Grand Rounds, Monroe Community Hospital/University of Rochester, Rochester, New York, 1991.

"Anosognosia following brain injury." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1991.

"Organization of higher cortical function." Rehabilitation Medicine Grand Rounds, University of Rochester Medical Center, Rochester, New York, 1992.

"Aging, depression, or dementia." South Carolina Alzheimer's Association Annual Spring Seminar, Medical University of South Carolina, Charleston, South Carolina, 1994.

"Normal aging vs Alzheimer's disease." South Carolina Alzheimer's Association Annual Spring Seminar, Medical University of South Carolina, Charleston, South Carolina, 1997.

"Assessment of normal versus pathologic aging." Toward Healthy Aging: An Interdisciplinary Geriatrics Conference, Medical University of South Carolina, Charleston, South Carolina, 1998.

"Neuropsychological issues in stroke rehabilitation." Stroke Update '99, Medical University of South Carolina and South Carolina Task Force of the American Heart Association and Midlands AHEC Conference, Columbia, South Carolina, 1999.

"Alternative therapies: Understanding your options." National Multiple Sclerosis Society Conference, Charleston, SC, 1999.

Topics on Alzheimer disease. Xth Annual Nat Rosenfeld Memorial Alzheimer Conference. Charleston, S.C. annual presentations 1994 to present.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 9.

## COMMUNITY SERVICE

Rochester Family Stroke Support Educational Program, Rochester, New York, 1988–1992.

Charleston County's Gifted and Talented Mentor Program, Charleston, South Carolina, 1992–1993.

WTMA Radio Station, quest appearance on Senior Connection with Mary Peters "Alzheimer disease and related dementias," 2003, 2004.

Approved as an expert witness in federal court. Per United States District Court, District of South Carolina, Charleston Division Civil Action No 2:01-4006-08 Sol Blatt, Jr. Senior United States District Judge, August 14, 2003.

Multiple Sclerosis Support Group Meeting, Educational lecture series. Charleston, South Carolina, 2005.

Psychosocial aspects of epilepsy. Fourth Annual Statewide Epilepsy Support Conference, 2004.

Epilepsy Across the Lifespan: A Balancing Act for Families, Fifth Annual Statewide Epilepsy Support Conference, 2005.

Faculty Advisor, MUSC collegiate bicycle racing team.  2007- present.

## JOURNAL PUBLICATIONS

Lowe, D. A, MacAulay, R.K, Szeles, D.M., Milano, N.J., Wagner, M.T. (2019). Dual-Task Gait Assessment in a Clinical Sample: Implications for Improved Detection of Mild Cognitive Impairment. Journal of Gerontology, online publication 9/2019.

Mithoefer, MC, Feduccia, AA, Jerome, L, Mithoefer, A, Wagner, MT, Walsh, Z, Hamilton, S, Yazar-Klosinski, B, Emerson, A, Doblin, R (2019). MDMA-assisted psychotherapy for treatment of PTSD: study design and rationale for phase 3 trials based on pooled analysis of six phase 2 randomized controlled trials. Psychopharmacology, 1-11.

Mithoefer, M.C., Mithoefer, A.T., Feduccia, A.A., Jerome, L., Wagner, M.T., Wymer, J., Holland, J., Hamilton, S., Yazar-Klosinski, B.,  Emerson, A., Doblin, R. (2018). MDMA-assisted Psychotherapy for Posttraumatic Stress Disorder in Military Veterans, Firefighters and Police Officers, a Randomized Clinical Trial. Lancet Psychiatry, 5(6): 486-497.

Wagner, MT, Szeles, DM, Mulder, B, Sohn, M, Walker, AJ (2017). Posterior cortical atrophy of a suspected non-Alzheimer type: a case report. The Clinical Neuropsychologist, 1-19.

Wagner, MT, Mithoefer, MC, Mithoefer, AT, MacAulay, RK, Jerome, L, Yazar-Klosinski, B, Doblin, R. (2017). Therapeutic effect of increased openness: Investigating mechanism of action in MDMA-assisted psychotherapy. Journal of Psychopharmacology, 31(8):967-974

MacAulay, RK, Wagner, MT, Szeles, D, Milano, NJ (2017). Improving Sensitivity to Detect Mild Cognitive Impairment: Cognitive Load Dual-Task Gait Speed Assessment. Journal of the International Neuropsychological Society, 23(6),  493-501.

Mithoefer MC, Wagner MT, Mithoefer AT, Jerome I, Martin S, Yazar-Klosinski, B, Brewerton TD, Michel, Y & Doblin R (2013). Durability of Improvement in PTSD Symptoms, and absence of harmful effects or drug dependency after MDMA-assisted Psychotherapy: A Prospective Long-Term Follow-up Study, Journal of Psychopharmacology, 27(1): 28-39.

Soper, AC, Wagner, MT, Edwards, JC, Pritchard, PB (2011). Transient epileptic amnesia: a neurosurgical case report. Epilepsy & Behavior, 20(4):709-13.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 10.

Sun X, Nicholas J, Walker A, Wagner MT, Bachman D. (2012). APOE genotype in the diagnosis of Alzheimer's disease in patients with cognitive impairment. American Journal of Alzheimer's Disease & Other Dementias, 27, 315-320.

Mithoefer, MC, Wagner MT, Mithoefer, AT, Jerome L, Doblin, R. (2011). The safety and efficacy of ±3,4-methylenedioxymethamphetamine-assisted psychotherapy in subjects with chronic, treatment-resistant posttraumatic stress disorder: the first randomized controlled pilot study, Journal of Psychopharmacology, 25(4): 439–452.

Price KL, DeSantis SM, Saladin ME, Tolliver BK, Simpson AN, Baker NL, Wagner MT, McRae-Clark AL, Brady KT. (2011). The Impact of Clinical and Demographic Variables on Cognitive Performance in Methamphetamine-dependent Individuals in Rural South Carolina. American Journal on Addiction, 20(5):447-55.

RNS System Pivotal Clinical Investigation (2011). Distant author. Epilepsy and Behavior.

Bachman, D.L., Stuckey, M., Ebeling, M., Wagner, M.T., Evans, W.J., Hirth, V., Walker, A., Memom, M., Joglekar, R., Faison, W., Mintzer, J.E. (2009). Establishment of a Predominantly African American Cohort for the Study of Alzheimer's Disease: the South Carolina Alzheimer's Disease Clinical Core. Dementia and Geriatric Cognitive Disorders, 27, 329-336.

Wagner, MT, Wymer, JH, Carlozzi, NE, Bachman, DL, Walker, A, Mintzer, J; Alzheimer Study Group. (2007). Preliminary examination of progression of Alzheimer's disease in a rural Southern African America cohort. Arch Clin Neuropsychol., 22, 405-414.

Wagner, C.L., Wagner, M.T., Ebeling, M, Chatman, K.G., Cohen, M., & Hulsey, T.C. (2006). The role of personality and other factors in a mother's decision to initiate breastfeeding. Journal of Human Lactation, 22, 16-26.

Wagner, M.T., Marion, S.D. & Judson, M.A. (2005). The effects of fatigue and treatment with methylphenidate on sustained attention in sarcoidosis. Sarcoidosis, vasculitis and diffuse lung disease. 22, 235.

Wagner, M.T., Wymer, J.H., Wagner, M.T., Topping, K.B., & Pritchard, P.B. (2005). Use of the Personality Assessment Inventory as an efficacious and cost effective diagnostic tool for nonepileptic seizures. Epilepsy and Behavior, 301-304.

Wagner, MT, Wymer, JH, Teichner, G, Bachman, DL (2004). Diagnostic challenges of using CSF assay of tau and beta-amyloid1-42 in atypical degenerative dementias and mild cognitive impairment (MCI) of the Alzheimer type. Dementia, 4, 25-26.

Wagner, MT, Teichner, G., Bachman, DL (2004), Diagnostic Challenges of Using CSF assay of tau and beta amyloid$_{42}$ in Atypical Degenerative Dementias of the Alzheimer's Type. Archives of Clinical Neuropsychology.

Wymer, JH, Rayls, K., & Wagner, MT (2004). Utility of a Clinically Derived Abbreviated Form of the WAIS-III. Archives of Clinical Neuropsychology.

Teichner, G., & Wagner, M.T. (2004). The Test of Memory Malingering (TOMM): Normative Data from Cognitively Intact, Cognitively Impaired, and Geriatric Patients with Dementia. Clinical Neuropsychology.

Varon, D, Pritchard, PB, Wagner, MT, Topping, K (2003). Transient Kluver-Bucy Syndrome following partial complex status epilepticus. Epilepsy & Behavior, 4, 348-351.

Haight, B.K., Bachman, D.L., Hendrix, S., Wagner, M.T., Meeks, J., & Johnson, J. (2003). Life review: Treating the dyadic family unit with dementia. Clinical Psychology and Psychotherapy, 10:3.

Wagner CL, Eicher DJ, Wagner MT, Tribble LA. (2001). Cord blood TGF□ varies with gestation. Prenatal and Neonatal Medicine, 6:227-233.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 11.

Bachman, DL, Wagner, MT, DePalma, M, Spangenberg, KB, Hendrix, SA, Perlman, DJ. (2000). Caregiver attitudes about patients told they have Alzheimer disease after truth disclosure. Journal of Clinical Geropsychology, 6, 309-313.

Spangerberg, K.B., Wagner, M.T., Hendrix, S., & Bachman, D.L. (1999). Firearm presence in households of patients with Alzheimer's disease. Journal of the American Geriatric Society, 47, 1183–1186.

Epstein, S.A., Kay, G., Claw, D. Henton, R., Klein, D., Krupp, L., Kuck, J., Vinitor, L., Masur, D., Wagner, M.T., Waid, R., & Zisook, S. (1999). Psychiatric disorders in patients with fibromyalgia: A multicenter investigation. Psychosomatics, 40, 57–63.

Haight, B.K., Bachman, D.L., Hendrix, S., Wagner, M.T., Meeks, A. (1998). Life review: Treating the dyadic family unit with Alzheimer's disease. The Gerontologist, 38 (Special Issue I).

Wagner, M.T., Spangenberg, K.B., Bachman, D.L., O'Connell, P. (1998). Unawareness of cognitive deficit in Alzheimer disease. Neuropsychology Abstracts, 7, 34.

Wagner, C.L., Forsthe, D.W., Wagner, M.T. (In press). The effect of recombinant TGF alpha human milk and human milk macrophage media on gut epithelial proliferation is decreased in the presence of neutralizing antibody. Biology of the Neonate.

Spangenberg, K., Wagner, M.T., & Bachman, D.L. (1998). Neuropsychological analysis of a case of abrupt onset mirror sign following a hypotensive crisis in a patient with vascular dementia. Neurocase, 4, 149–154.

Spangenberg, K., Henderson, S., & Wagner, M.T. (1997). Validity of a recall and recognition condition to assess visual memory in the CERAD battery. Applied Neuropsychology, 4, 154–159.

Wagner, M.T., O'Connell, P., & Bachman, D.L. (1997). Unawareness of cognitive deficit in Alzheimer's disease and related dementias. Alzheimer's Disease and Associated Disorders, 11, 125–131.

Wagner, M.T., & Bachman, D.L. (1996). Neuropsychological features of diffuse Lewy body disease. Neuropsychology Abstracts, 5, 27.

Wagner, M.T. & Bachman, D. (1996). Diffuse Lewy Body Disease: Serial neurocognitive investigation with biopsy confirmation. Archives of Clinical Neuropsychology, 11, 175–184.

Wagner, M.T., Spicer, K., & Bachman, D.L. (1995). Clinical expression and diagnosis of atypical cortical degenerative syndromes. Journal of Clinical Psychology in Medical Settings, 2, 275–288.

Wagner, C.L., Kramer, B.M., Kendig, J.W., Brooks, J.G., Cox, C., Wagner, M.T., & Phelps, D. (1995). School age follow up of a single dose prophylactic surfactant cohort. Developmental and Behavioral Pediatrics, 16, 1–7.

Wagner, M.T. & Cushman, L.A. (1994). The functional significance of the subcortical vascular syndrome in the rehabilitative setting. Archives of Physical Medicine and Rehabilitation, 75, 193–197.

Wagner, M.T., & Cushman, L.A. (1994). Neuroanatomic and neuropsychological predictors of unawareness of cognitive deficit in the vascular population. Archives of Clinical Neuropsychology, 9, 57–69.

Wagner, M.T., & Cushman, L.A. (1992). Intellectual and memory functions after cortical and subcortical stroke. NeuroRehabilitation, 2, 45-52.

McDaniel, K.M., Wagner, M.T., & Greenspan, B. (1991). The role of brain Single photon emission computed tomography in the diagnosis of primary progressive aphasia. Archives of Neurology, 48, 1257-1260.

Wagner, M., Williams, J., & Long, C.J. (1991). The role of social networks in recovery from head injury. International Journal of Clinical Neuropsychology, 12, 1-7.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 12.

Wagner, M. (1989).  Swingshift encephalopathy.  Academic Medicine, 584.

Lichstein, K., Wagner, M.T., Krisak, J., & Steinberg, F. (1987).  Stress management for acting-out inpatient adolescents. Journal of Child and Adolescent Psychotherapy, 4, 19-31.

Wagner, M.T. (1986).  Simultaneous bilateral EMG biofeedback for treatment of spasmatic torticollis.  Clinical Biofeedback and Health, 2.

Wagner, M.T. & Khanna, P. (1986).  A neuropsychological model of hypnosis. International Journal of Psychosomatics, 33, 26-28.

Bolter, J., Wagner, M.T., & Long, C.J. (1982).  The utility of the Thurstone Word Fluency Test in identifying cortical damage.  Clinical Neuropsychology, 15, 77-81.

Wagner, M. & Hannon, R. (1981).  Hemispheric asymmetries in faculty and student musicians and non-musicians during melody recognition tasks.  Brain and Language, 13, 379-388.

Wagner, M.T. (1981).  Controlling nocturnal bruxism through the use of aversive conditioning during sleep. American Journal of Clinical Biofeedback, 4, 87-92.

Wagner, M.T. (1980). A combined behavioral approach for the treatment of migraines. Journal of the American Society of Psychosomatic Dentistry and Medicine, 27,  89-93.


PEER REVIEWED PUBLISHED ABSTRACTS

Wagner M, Mithoefer M, Mithoefer A, MacAulay R, Jerome L, Bazaar-Klosinski B, Doblin R (2016). Investigation of Personality Change Following MDMA-Assisted Psychotherapy for Post Traumatic Stress Disorder *Archives of Clinical Neuropsychology,* 31:6, 634.

Wagner, M.T. & Prieur, M. (2015).  Too quiet: A case of auditory Charles Bonnet Syndrome. *Journal of the International Neuropsychological Society,* 21, Supplement s1, 213-214.

Pritchard, P., et al (2015).  Episodic Misperception of Time Associated with Temporal Lobe Epilepsy, Journal of the International Neuropsychological Society, 21: Supplement s1, 194.

Wagner, MT, Mulder, B., Sohn, M., Walker, A. (2014). Posterior Cortical Atrophy of the Non-Alzheimer's Type *Arch Clin Neuropsychol, 29 (6): 529*

Wagner, MT & Wymer, J. (2014). Pitfalls in the Use of Biomarkers for the Diagnosis of Pre-Clinical Alzheimer's Disease *Arch Clin Neuropsychol,  29 (6): 529-530*

Prichard, PB, Lajeunesse, P, Wagner, MT (2010). To laugh or not to laugh: dichotomy favoring right temporal lobe onset of seizure. Epilepsia Suppl., 1:217.

Contardo, C, Walker, A, Wagner, MT: Neuropsychological and CSF markers of early and late Alzheimer disease. Archives of Clinical Neuropsychology 32(6):675, 2008.

Pritchard, PB, Topping, K, Wagner, MT: Utility of SPECT scans in nonepileptic seizures.Epilepsia 44:84, Suppl. 9, 2003.

Pritchard, PB, Wagner, MT, Topping, K: Prediction of nonepileptic seizures with the Personality Assessment Inventory. Epilepsia 43:161, Suppl. 7, 2002.

Wagner, MT, Pritchard, P, Topping, K (2002). Neuropsychological predictors of nonepileptic seizures. Archives of Clinical Neuropsychology, 17, 743-733.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 13.

Wagner CL, Wagner MT, Hulsey TC.  Does personality influence maternal breastfeeding decision?  Pediatr Res 2002; 50(4):27.

Teichner, G, Wagner, MT (2001). Test of Memory Malingering (TOMM)- validation data from a geriatric sample. Archives of Clinical Neuropsychology, 16(8): 588.

Teichner, G., Wagner, M.T., Golden, C.J., & Newman, S.A.. (2000). A Neurorehabilitation Intervention for Brain-Injured Children Exhibiting Aggression. Archives of Clinical Neuropsychology.

Teichner, G., Wagner, M.T., & Newman, S.A. (2000). Psychometric Validation and Clinical Application of the Test of Memory Malingering (TOMM). Archives of Clinical Neuropsychology.

Teichner, G., Wagner, M.T., Bachman, D.L., Brannon, N., Hendrix, S., & Newman, S.A. (2000). A Case Study of Posterior Cortical Atrophy. Archives of Clinical Neuropsychology.

Newman, S., Teichner, G., & Wagner, M.T. (November, 2000). Clinical application of the Rey-15item Test in a Geriatric sample. Archives of Clinical Neuropsychology.

Wagner, M.T., Newman, S., Teichner, G., Horner, M., Bachman, D., & Tyor, W. (1999). The many faces of Pick's disease. Archives of Clinical Neuropsychology, 14.

Wagner, M.T., Newman, S., Teichner, G., Horner, M., Carter, T., & Bachman, D. (1999).  The many faces of Pick's disease.  Archives of Clinical Neuropsychology, 14, 617.

Wagner, M.T., Rayls, J.R., & Tyor, W.R. (1999).  Use of methotrexate in the treatment of progressive cognitive morbidity associated with secondary progressive multiple sclerosis.  Journal of the International Neuropsychological Society, 5, 96–97.

Webb, S.A., Wagner M.T., & Wagner, C.L. (1998).  The effect of experience and profession on discussing end-of-life decisions with families in the neonatal intensive care unit.  Pediatrics 102(3Pt2), S763-764.

Rayls, K., Girdlestone, C., & Wagner, M.T. (1998).  Short forms of the WAIS-III for the elderly:  A comparison of three abbreviated versions.  Archives of Clinical Neuropsychology, 14, 62–63.

Rayls, K., Wagner, J., & Wagner, M.T. (1998).  A clinically derived short form of the WAIS-III:  Utility in a sample of young adults.  Archives of Clinical Neuropsychology, 14, 90.

Wagner, M.T., Spangenberg, K.B., Herlong, J., Vincent, D., & Horton, J.A. (1997).  New frontiers:  Neuropsychology during therapeutic cerebral intervention and neuroradiology.  Archives of Clinical Neuropsychology, 12, 442–423.

Spangenberg, K.B., Wagner, M.T., Bachman, D.L., & Hendrix, S. (1997).  Delusional misidentification symptom (mirror sign) following watershed infarction: A neurobehavioral case study. Archives of Clinical Neuropsychology, 2, 408.

Spangenberg, K.B., Henderson, S., & Wagner, M.T. (1996).  A new measure of verbal memory in the CERAD battery.  The Clinical Neuropsychologist, 10, 323.

Wagner, M.T. & Bachman, D.L. (1996).  Clinical/pathologic correlates of primary progressive aphasia.  Archives of Clinical Neuropsychology, 11, 460–461.

Wagner, M.T., Bachman, D.L., & O'Connell, P. (1995).  Serial neurocognitive investigation of early onset non-familial Alzheimer's disease.  The Clinical Neuropsychologist, 9, 287.

Wagner, M.T., O'Connell, P., & Bachman, D.L. (1995).  Measurement of unawareness of cognitive deficit in Alzheimer's disease.  The Clinical Neuropsychologist, 9, 275.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 14.

Wagner, M.T., O'Connell, P., & Bachman, D.L. (1995).  Unawareness of cognitive deficit in Alzheimer's disease and other dementias.  The Clinical Neuropsychologist, 9, 285.

Wagner, M.T. & Bachman, D. (1995).  Diffuse Lewy Body Disease:  Serial neurocognitive investigation with biopsy confirmation.  The Clinical Neuropsychologist, 8, 339.

Hummer, J.#, Fink, C.#, Waid, R., & Wagner, M.T. (1994).  WMS-R and MMPI-2 profiles of ADHD-RT versus learning disabled adults.  The Clinical Neuropsychologist, 8, 335.

Wagner, M.T., Bachman, D., Cushman, L., Waid, R., & Hummer, J.# (1994).  Severity of dementia as a risk factor for driving.  Archives of Clinical Neuropsychology, 9, 196.

Wagner, M.T., Bachman, D., Hummer, J.#, & Waid, R. (1994).  Asymmetric cortical degenerative syndromes:  Neurocognitive, neuroradiographic, and natural history case presentation.  Archives of Clinical Neuropsychology, 9, 196–197.

Wagner, C.L., Wagner, M.T., & Kendig, J. (1994).  Longitudinal neurodevelopmental outcome of very low birth weight infants followed from birth to 5–7 years.  Archives of Clinical Neuropsychology, 9, 195–196.

Hummer, J.T.#, Waid, R., Rodenbough, J., Sutherland, S., Wagner, M.T., & Keil, J. (1994).  Memory performance in depressed versus non-depressed community elderly.  Archives of Clinical Neuropsychology, 9, 142.

Wagner, M.T., Barber, P.+, & Zacchigna, L.J.* (1988).  Longitudinal comparison of the Barthel Index and the FIM during the first six months of recovery from stroke.  Archives of Physical Medicine and Rehabilitation, 69, 755.

Wagner, M.T. (1988).  Cortical versus subcortical stroke: The effect on higher cortical functions.  Archives of Physical Medicine and Rehabilitation, 69, 759.

Wagner, M.T. & Zacchigna, L.J.* (1988).  The impact of cognitive versus physical disability on psychosocial functioning following stroke.  Archives of Physical Medicine and Rehabilitation, 69, 798.

Wagner, M.T., Williams, J.M., & Long, C.J. (1986).  The influence of social support on the recovery from head injury.  Journal of Clinical and Experimental Neuropsychology, 8, 42.

## BOOKS AND OTHER MONOGRAPHS

Wagner CL, Wagner MT. Factors Influencing a Mother's Decision to Breastfeed. Short and long term effects of breast feeding on child health.  In: Koletzko B. (ed), Plenum Publishing Company, London, 2000: 435-436.

Wagner, M.T., Rayls, K.R., & Bachman, D.L. (1999).  The measurement of unawareness of cognitive loss and its application in Alzheimer's disease.  Research and Practice in Alzheimer Disease, Paris Serdi.

Wagner, M.T., Nayak, M.#, & Fink, C.# (1995).  Bedside screening of neurocognitive function.  In L. Cushman & M.J. Scherer (Eds.), Psychological assessment in medical rehabilitation settings.  Washington, D.C.: APA Books.

Nickoley, S., Wagner, M.T., & Hamill, R.M. (1995). The management of continent behavior in Alzheimer's Disease patients.  In A. Romaine-Davis, J. Boondas, & A. Lenihan (Eds.), Encyclopedia of home care for the elderly.  Westport, CT: Greenwood Publishing.

Long, C.J. & Wagner, M.T. (1986).  Computer applications in neuropsychology.  In D. Wedding, A. Horton, & J. Webster (Eds.), The neuropsychology handbook:  Behavioral and clinical aspects.  New York:  Plenum Press.

Wagner, M.T. & Danse, M. (1986).  Psychosocial issues in cognitive rehabilitation.  In C.J. Long & J.M. Williams (Eds.), The rehabilitation of cognitive disabilities.  New York:  Plenum Press.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 15.


CONFERENCE PRESENTATIONS

Duggan, E., Wagner, MT, et al. (2020). Consciousness of self: A case presentation of autobiographical amnesia associated with transient epileptic amnesia. Presented at the International Neuropsychological Society Annual Conference. Denver, CO.

Duggin, E., Wagner, MT, et al. (2020). Development of a New Dual-Task Gait Assessent for Screening of Cognitive Impairment in a Medical Clinic Setting. Presented at the International Society Annual Conference. Denver, CO.

Duggan, E., Nitsch, KP, Wagner, MT (2019). Acetzolamide used as an alternative to ventriculoperitoneal shunt: Case study of idiopathic normal pressure hydrocephalus. Presented at the International Neuropsychological Society 47 Annual Conference, NYC.

Szeles, D., Lowe, D., MacAulay, R., Milano, N., & Wagner, M. (2018). Dual-Task Gait Performance in Normal Aging and Mild Cognitive Impairment Subtypes. Presented at the International Neuropsychological Society 46th Annual Conference. Washington, DC.

Functional Gait Assessment in Patients with Amnestic and Non-amnestic MCI (2018). Nitsch, KP, Szeles, D., Milano, N., Wagner, MT, Duggan, EC. Presented at the International Neuropsychological Society 46th Annual Conference. New Orleans, LA.

Lowe, DA, Wagner, MT, MacAulay, R, Szeles, D, Milano, N. (2018). Dual-Task Gait Assessment in a Clinical Sample: Implications for Improved Detection of Pre-Clinical Dementia. Presented at the International Neuropsychological Society 46th Annual Conference. Washington, DC.

Mithoefer, M.C., Mithoefer, A., Wagner, M.T., Wymer, J., Holland, J (2017). MDMA-Assisted psychotherapy for PTSD in military veterans, firefighters and police officers: Results of a Phase 2 clinical trial. Military Health System Research Symposium Annual Conference.

Lowe, D., Brenner, L, Wagner, M. (2017). Are changes in metacognition the first sign of prodromal Alzheimer's disease? Presented at the International Neuropsychological Society 45th Annual Conference. New Orleans, LA.

Wagner M, Mithoefer M, Mithoefer A, MacAulay R, Jerome L, Bazaar-Klosinski B, Doblin R Investigation of Personality Change Following MDMA-Assisted Psychotherapy for Post Traumatic Stress Disorder Presentation at the National Academy of Neuropsychologists 35th Annual Conference. Seattle, WA.

Wagner, MT, Prieur, ME, Mileno, N. (2015). Too quiet: A case of auditory Charles Bonnet Syndrome. Presented at the International Neuropsychological Society 43rd Annual Conference. Denver, Colorado.

Pritchard, P, Wagner, MT, Mabell, M. & Kersey, P (2015). Episodic misperception of time associated with temporal lobe epilepsy. Presented at the International Neuropsychological Society 43rd Annual Conference. Denver, Colorado.

Wagner, MT, Mulder, B., Sohn, M., Walker, A. (2014). Posterior cortical atrophy of the non-Alzheimer. Presentation at the National Academy of Neuropsychologists 34th Annual Conference. Fajardo, Puerto Rico.

Wagner, MT & Wymer, J. (2014). Pitfalls in the use of biomarkers for the diagnosis of pre-clinical Alzheimer disease Presentation at the National Academy of Neuropsychologists 34th Annual Conference. Fajardo, Puerto Rico.

Klineova, S, Milanak, M, Walker, AJ, Wagner, MT (2013). Multiple sclerosis trait theory: assessment of the multiple sclerosis personality type. Presented at The 29th Congress of the European Committee for Treatment and Research in Multiple Sclerosis (ECTRIMS) Copenhagen, Denmark.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 16.

Pritchard, PB, Wagner, MT, Bachman, DL (2012). Episodic autobiographical dysfunction in transient amnesia: effectiveness of antiepileptic drugs. Presented at the Annual Meeting of the American Epileptic Society, .

Klineova, Sylvia, Milanak, Melissa, Walker, A, Wagner, MT (2012). Multiple sclerosis trait Therory: Assessment of the multiple sclerosis personality. Medical University of South Carolina Neuroscience Research Day. Charleston, SC.

Sun, X., Walker, A., Wagner, MT, Bachman, DL (2012). Evaluation of cerebral spinal fluid biomarker of Alzheimer disease in patients with cognitive impairment. Medical University of South Carolina Neuroscience Research Day. Charleston, SC.

Wagner MT, Brenner LA, Walker AJ (2012). Accuracy of the diagnosis of "worried well" for individuals presenting for memory evaluation with fears of developing Alzheimer disease. Presented at the Annual Meeting of the National Academy of Neuropsychology. Marco Island, FL.

Michael C. Mithoefer, MD, Mark Wagner, PhD, Ann T. Mithoefer, BSN, Lisa Jerome, PhD and Rick Doblin, PhD, (2011) Long term follow-up of subjects who completed a clinical trial of (MDMA)-assisted psychotherapy for treatment-resistant posttraumatic stress disorder (PTSD) International Society for Traumatic Stress Studies 27th Annual Meeting, Montreal, Canada.

Quattlebaum, E., Adams, R, Wagner, MT, Williams, N. (2011). A Unique Case of Anton's Syndrome. Presented at the Medical University South Carolina Student Research Day, Charleston, SC.

Sun, X., Nicholas, J., Walker, AJ, Wagner, MT, Bachman, D. (2011). The value of APOE genotype in the diagnosis of Alzheimer's disease in patients with cognitive impairment. Presented at the MUSC Neurosciences Day Annual Conference, Charleston, SC.

Wagner, MT, Brenner, LA, Walker, AJ (2012). The sensitivity of the clinical diagnosis of amnestic MCI confirmed by CSF biomarkers and longitudinal follow-up. Presented at the 39th Annual Conference of the International Neuropsychological Society, Boston, MA.

Wagner, MT, Brenner, LA, Pritchard, PB (2011). Out-of body experience and autoscopy in a case of focal epilepsy. Presented at the 39th Annual Conference of the International Neuropsychological Society, Boston, MA.

Wagner, MT, Brenner, LA, Walker, AJ (2011). Application of technological innovations for neurorehabilitation. Presented at the 39th Annual Conference of the International Neuropsychological Society, Boston, MA.

Brenner, LA., Wagner, MT., Roberts, DR (2011). Alexia with agraphia with right frontotemporal lobe damage. Presented at the 39th Annual Conference of the International Neuropsychological Society, Boston, MA.

Price KL, DeSantis SM, Simpson AN, Tolliver BT, McRae-Clark AL, Saladin ME, Baker NL, Wagner MT, Chapman E, Garrett M, Brady KT. (2010). Cognitive Performance in Methamphetamine-dependent Individuals from Rural South Carolina: Potential Impact of Demographic Variables. Presented at the Translational Research in Methamphetamine Addiction conference in Pray, Montana.

Pritchard, PB, Lajeunesse, P, Wagner, MT (2010). To laugh or not to laugh: Dichotomy favoring right temporal lobe onset of seizure. Presented at the Annual Meeting of the American Epileptic Society, San Antonio, TX.

Mithoefer, MC, Wagner MT, Mithoefer, AT, Jerome L, Doblin, R, (2009). The Safety and Efficacy of 3,4-Methylenedioxymethamphatemine (MDMA)-Assisted Psychotherapy for Treatment-Resistant Posttraumatic Stress Disorder (PTSD): A Double Blind Randomized Placebo-Controlled Pilot Study, Future Directions in PTSD, Prevention, Diagnosis and Treatment, Program and Abstracts, The Institute for Advanced Studies, Jerusalem, Israel.

Martha J. Morrell and the RNS System Pivotal Investigators (2009). Results of multicenter double blinded randomized controlled pivotal investigation of the RNSTM system for treatment of intractable partial epilepsy in adults. Presented at the Annual Meeting of the American Epilepsy Society.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 17.

Soper, A., Wagner, M.T., Topping, K, Prichard, P.B. (2008). Transient epileptic amnesia: A case series of a treatable memory disorder. Presented at the Annual Meeting of the National Academy of Neuropsychologists. Atlanta, GA.

Wagner, M.T., Soper, A.C., McRae-Clark, A.L., Saladin, M.E., Tolliver, B.K., Price, K.L., Brady, K. (2008). Presented at the Annual Meeting of the National Academy of Neuropsychologists. Atlanta, GA.

Mithoefer, M. & Wagner, M.T. (2008). Methylenedioxymethamphetamine assisted psychotherapy in the treatment of posttraumatic stress disorder- A phase II clinical trial. Presented at the Annual Meeting of the International Society for Traumatic Stress Studies. Chicago, Illinois.

Contardo, C, Walker, A, Wagner, MT (2008). Neuropsychological and CSF markers of early and late Alzheimer disease. Presented at the National Academy of Neuropsychology 28th Annual Meeting, NY, NY.

Mithoefer, M & Wagner, M.T. (2007). Methylenedioxymethamphetamine Assisted Psychotherapy in the treatment of posttraumatic stress disorder: Update on study progress. Annual Congress of the European College of Neuropsychopharmacology. Vienna.

Mintzer, J.E., Wymer, J.H., Hulsey, T.C., Ebeling, M., Wagner, M.T., Stuckey, M., & Bachman, D. (July, 2006). A comparison of patterns of deterioration between African American and Caucasian Alzheimer's patients. Poster session presented at the 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain.

Carlozzi, N.E., Wagner, M.T. & Walker, A.J. (2006, January). Dual therapy (donepezil/memantine) for Alzheimer disease in mild cognitive impairment. Presented at the 34th Annual Conference of the International Neuropsychological Society, Boston, MA.

Griss, M.E., & Wagner, M.T. (2005, November). Frontal Meningioma Presenting as an Atypical Bipolar Disorder. Presented at the 40th Annual Medical University of South Carolina Student Research Day, Charleston, SC.

Smerz, J.M., Wagner, M.T. Bachman, DM (2005). Effect of Apo E Epsilon 4 Status on Cognitive Domains as a Function of Age and Symptom Duration in Alzheimer's Disease. Presented at the National Academy of Neuropsychologists, Tampa, FL.

Wagner, M.T., Smerz, J.M., Walker, AJ (2005). Identifying preclinical Alzheimer's disease using neurobehavioral markers of MCH confirmed by CSF-tau and AB42. Presented at the National Academy of Neuropsychologists, Tampa, FL.

Wymer, J.H., Wagner, M.T., Bachman, D.M., Mintzer, J.E. (2005). Do current BNT norms generalize to older African Americans from the rural South? Presented at the National Academy of Neuropsychologists, Tampa, FL.

Wymer, J.H., Wagner, M.T., Bachman, D.M., Mintzer, J.E. (2005). Accuracy of WTAR predictions for older African Americans from the rural South. Presented at the National Academy of Neuropsychologists, Tampa, FL

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 18.

Pritchard, PB, Topping, K, Wagner, MT (December, 2004). Gelastic seizures of temporal lobe origin. Presented to the annual meeting of the Americal Epilepsy Society. New Orleans, LA.

Smerz, J.M, Wagner, M.T., Walker, A.J. (March, 2004). Identifying preclinical Alzheimer disease using neurobehavioral markers of MCI confirmed by CSF-tau and AB42. Presented at the 39th MUSC Student Research Day. Charleston, S.C.

Wymer, J.H. & Wagner, M.T. (March, 2004). The varying factor structure of mild cognitive impairment as a function of premorbid IQ. Poster session presented at the first annual Aging ResearchDay. Charleston,SC.

Wagner, M.T. & Wymer, J.H., Walker, A.L. (February, 2004). Challenges associated with the preclinical diagnosis of Alzheimer's disease in a 57-year-old with mild cognitive impairment. Poster session presented at the annual meeting of the International Neuropsychological Society. Baltimore, MD.

Pritchard, PB, Topping, K, Wagner, MT: (December, 2003). Utility of SPECT scans in nonepileptic seizures. Presented to annual meeting, American Epilepsy Society.

Mushtaq, R, Pritchard, PB, Wagner, MT: Recovery from paraneoplastic limbic encephalitis associated with small cell lung carcinoma and CRMP-5 antibody. Submitted for publication.

Marion, SD, Wagner, MT, Salak, V, Cox, EL, Takacs, IS, Bergmann, K (Nov 2002). Neuropsychological investigation of treatment refractory Parkinson's disease following bilateral DBS implantation. Presented 37th MUSC Student Research Day 2002, Charleston, SC.

Wagner, MT, Bachman, DL (Nov 2002). The role of APOE in predicting unawareness of cognitive deficit in Alzheimer disease and psychological implications for depression. Presented at the National Academy of Neuropsychologists, Miami, FL.

Wagner, MT, Pritchard, P, Topping, K (Nov 2002). Neuropsychological correlates of non-epileptic seizures. The National Academy of Neuropsychologists, Miami, FL.

McBride, A, Wagner, MT, Bachman, DL (Nov 2002). Cross-sectional description of the preclinical neurobehavioral profile of Alzheimer's disease. The National Academy of Neuropsychologists, Miami, FL.

Wagner, MT (November, 2001). Research and current treatment options update. Presented at Alzheimer Association Coastal Carolina Chapter Second Annual Meeting, Murrell's Inlet, SC.

Teichner, G, Wagner, MT (November, 2001). The Test of Memory Malingering (TOMM): Normative data from cognitively intact, cognitively impaired, and elderly patients with dementia. Presented at National Academy of Neuropsychologists Annual Conference, San Francisco, CA.

Johnson, S.A., Wagner, M.T., Horner, M.D., & Tyor, W.T. (June, 2001). Use of Methotrexate in the Treatment of Progressive Multiple Sclerosis. Presented at the Multiple Sclerosis Consortium, Fort Worth, TX.

Teichner, G., Wagner, M.T., Golden, C.J., & Newman, S.A.. (November, 2000). A Neurorehabilitation Intervention for Brain-Injured Children Exhibiting Aggression. Poster presented at the NAN annual conference, Orlando, Fl..

Teichner, G., Wagner, M.T., & Newman, S.A. (November, 2000). Psychometric Validation and Clinical Application of the Test of Memory Malingering (TOMM). Poster presented at the NAN annual conference, Orlando, Fl..

Teichner, G., Wagner, M.T., Bachman, D.L., Brannon, N., Hendrix, S., & Newman, S.A. (November, 2000). A Case Study of Posterior Cortical Atrophy. Poster presented at the NAN annual conference, Orlando, Fl..

Newman, S., Teichner, G., & Wagner, M.T. (November, 2000). Clinical application of the Rey-15item Test in a Geriatric sample. Poster presented at the NAN annual conference, Orlando, Fl..

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 19.

Johnson, S.A., Wagner, M.T., Pritchard, P., Topping, K., Teichner, G., & Osenbach, R.K. (November, 2000). Neurosurgical treatment of intractable epilepsy: A case report. Poster presented at the Medical University of South Carolina's Annual Conference, Charleston, SC.

Teichner, G, Wagner, MT, Bachman, DL, Brannon, N, Hendrix, S, Newman, S (November, 2000). Posterior Cortical Atrophy- A case study. Paper presented at the Medical University of South Carolina Student Research Day. Charleston, SC.

Wagner CL, Wagner MT, Hulsey TC. Factors influencing a mother's decision to initiate breastfeeding. International Society for Research on Human Milk and Lactation, 1999 conference, Munich, Germany.

Wagner, M.T., Newman, S., Teichner, G., Horner, M., Bachman, D., & Tyor, W. (November, 1999). The many faces of Pick's disease. Poster presented at the NAN annual conference, Washington, D.C..

Wagner, C.L., Wagner, M.T., & Hulsey, T.C. (1999). Factors Influencing a Mother's Decision to Initiate Breastfeeding. Paper presented at the International Society for Research on Human Milk and Lactation, Munich, Germany.

Wagner, M.T., Hutchell, M., Hendrix, S., Hoover, L., & Lukacs, K. (April, 1998). <u>Practical Solutions in Managing Behavioral Problems in Alzheimer's Disease</u>. Paper presented at the Seventh Annual Nat Rosenfeld Memorial Conference on Alzheimer's Disease, Charleston, SC.

Haight, B.K., Hendrix, S., LaForgia, L., Doscher, S., Bachman, D., Wagner, M., Lukacs, K. <u>Exploring the Human Potential Through the Use of the Life Review/Life Story Book in Families with Alzheimer's Disease</u>.

Ryan, L.M.[#], Wagner, M.T., & Bachman, D.L. (August, 1997). <u>Distinguishing Alzheimer's from vascular dementia: Neuropsychological correlates</u>. Paper presented at the 105th Annual Conference of the American Psychological Association, Chicago, IL.

Spangenberg, K.[#], Wagner, M.T., Vincent, D., & Horton, J. (August, 1997). <u>Neuropsychological improvement following embolization of arteriovenous malformation</u>. Paper presented at the 105th Annual Conference of the American Psychological Association, Chicago, IL.

Wagner, M.T., Spangenberg, K.B.[#], Bachman, D.L., & Smith, T.M. (February 1997). <u>Degenerative dementias of the nonAlzheimer's type</u>. Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.

Spangenberg, K.B.[#], Wagner, M.T., Hendrix, S., & Bachman, D.L. (February, 1997). <u>Delusional misidentification symptoms: A case of mirror sign in a nonAlzheimer's elderly patient</u>. Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.

Wagner, M.T., Spangenberg, K.[#], Herlog, L[+], Vincent, D., & Horton, J. (November, 1996). <u>New frontiers: Neuropsychological procedures during interventional neuroradiology</u>. Paper presented at the National Academy of Neuropsychology Sixteenth Annual Meeting, New Orleans, LA.

Spangenberg, K.[#], Wagner, M.T., Hendrix, S., & Bachman, D.C. (November, 1996). <u>Delusional misidentification syndrome following watershed infarction: A neurobehavioral case study</u>. Paper presented at the National Academy of Neuropsychology Sixteenth Annual Meeting, New Orleans, LA.

Spangenberg, K.B.[#], Henderson, S.[#], & Wagner, M.T. (August, 1996). <u>A new measure of visual memory in the CERAD battery</u>. Paper presented at the 104th Annual Convention of the American Psychological Association, Toronto, Canada.

Wagner, M.T. & Bachman, D.L. (November, 1995). <u>Clinicopathologic correlate of primary progressive aphasia</u>. Paper presented at the National Academy of Neuropsychology Fifteenth Annual Meeting, San Francisco, CA.

Wagner, M.T. & O'Connell, P.[#] (August, 1995). <u>Measurement of unawareness of cognitive deficit in Alzheimer's disease</u>. Paper presented at the 103rd Annual Conference of the American Psychological Association, New York, NY.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 20.

Wagner, M.T., O'Connell, P.[#] & Bachman, D.L. (August, 1995). Unawareness of cognitive deficit in Alzheimer's disease and other dementias. Paper presented at the 103th Annual Conference of the American Psychological Association, New York, NY.

Wagner, M.T. & Bachman, D. (August, 1995). Serial neurocognitive investigation of biopsy confirmed early onset, nonfamilial Alzheimer's disease. Paper presented at the 103th Annual Conference of the American Psychological Association, New York, NY.

Wellborn, W.R.,[#] Hummer, J.T.,[#] Waid, L.R., Wagner, M.T., & Barnett, K.[#] (November, 1994). A comparative analysis of psychopathology and memory function in adult outpatients with mild neurobehavioral syndromes. Paper presented at the National Academy of Neuropsychology Fourteenth Annual Meeting, Orlando, FL.

Wagner, M.T. & Bachman, D. (August, 1994). Diffuse Lewy Body Disease, serial neurocognitive investigation, and biopsy confirmation. Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Hummer, J.T., Fink, C.[#] Waid, L.R., & Wagner, M.T. (August, 1994). WMS-R and MMPI-2 profiles of ADHD-RT versus Learning-Disabled adults. Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Nayak, M.[#], Wagner, M.T., Monroe, R., Hummer, J., Waid, R.L. (April, 1994). Liver transplantation selection: Descriptive neurocognitive and psychiatric findings in pretransplant evaluation. Paper presented at the Medical University of South Carolina Transplant Center Spring Symposium, Charleston, SC.

Wagner, C.L., Keenan, A., & Wagner, M.T. (Feb., 1994). Does insurance status influence health care delivery in the United States? Paper presented at the Southeastern Psychological Association. New Orleans, LA.

Johnson, D.E.[#], Nayak, M.[#], Hummer, J.T., Waid, L.R., & Wagner, M.T. (Feb., 1994). MMPI-2 Profiles of Adults with Residual Attention Deficit Disorder. Paper presented at the Southeastern Psychological Association. New Orleans, LA.

Wagner, M.T., Monroe, R., Nayak, M.[#], Hummer, J., & Waid, L.R. (Feb., 1994). Neuropsychological Factors Associated with Liver Transplantation. Paper presented at the Southeastern Psychological Association. New Orleans, LA.

Case, C.[*], Spicer, K., Holley, P., & Wagner, M. (November, 1993). Single Photon Emission Computed Tomography Detection of Neurological Deficits in AIDS Patients. Paper presented at the Medical University of South Carolina Student Research Day. Charleston, SC.

Hummer, J.T.[#], Waid, L.R., Rodenbough, J., Sutherland, S.E., Wagner, M.T., & Keil, J.E. (October, 1993). Memory performance in depressed versus non-depressed community elderly. Paper presented at the 13th Annual Conference of the National Academy of Neuropsychology, Phoenix, Arizona.

Beliles, K.[+], Waid, R., Wagner, M., Hummer, J.[#], Cofer, J., & Wolhlreich, M. (October, 1993). Neuropsychiatric status and selection for liver transplantation. Paper presented at the International Liver Transplant Society Meeting. Toronto, CA.

Wagner, M.T., Bachman, D., Hummer, J.[#], & Waid, R. (October, 1993). Asymmetric cortical degenerative syndromes: Neurocognitive, neuroradiographic, and natural history. Paper presented at the National Academy of Neuropsychology annual Meeting. Phoenix, AZ.

Wagner, M.T., Bachman, D., Cushman, L., Waid, R., & Hummer, J.[#] (October, 1993). Severity of dementia as a risk factor for driving. Paper presented at the National Academy of Neuropsychology annual Meeting. Phoenix, AZ.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 21.

Wagner, C.L., Wagner, M.T., & Kendig, J. (1993).  Longitudinal neurodevelopmental outcome of very low birth weight infants followed from birth to 5–7 years. Paper presented at the National Academy of Neuropsychology annual Meeting. Phoenix, AZ.

Wagner, M.T., & Cushman, L.A. (November, 1992).  Neurocognitive predictors of unsafe risk behavior in the rehabilitative stroke population.  Paper presented at the American Congress of Rehabilitative Medicine 69th Annual Session.  San Francisco, CA.

Wagner, M.T., & Cushman, L.A. (November, 1992).  Unawareness of neurocognitive deficit following stroke.  Paper presented at the American Congress of Rehabilitative Medicine 69th Annual Session.  San Francisco, CA.

Cushman, L.A., & Wagner, M.T. (November, 1992).  Depressed mood after stroke: Its relationship to functional impairment. Paper presented at the American Congress of Rehabilitative Medicine 69th Annual Session.  San Francisco, CA.

Wagner, M.T., McDaniel, K.D., Greenspan, B., & Hamill, R. (February, 1992).  Longitudinal case study of primary progressive aphasia: Progression to global dementia. Paper presented at the International Neuropsychological Society Annual Conference.  San Diego, CA.

Wagner, M.T., & Cushman, L.A. (February, 1992).  Lesion site and degree of neurocognitive impairment as predictors of unawareness of cognitive deficit in cerebrovascular disease. Paper presented at the International Neuropsychological Society Annual Conference.  San Diego, CA.

Wagner, M.T., & Cushman, L.A. (February, 1992).  The functional significance of the subcortical syndrome in the rehabilitative setting. Paper presented at the International Neuropsychological Society Annual Conference.  San Diego, CA.

Nickoley, S. & Wagner, M. (July, 1991).  Promoting urinary continence in the nursing home setting.  Paper presented at the New York State Best Practices Conference: New York Department of Health and Hunter-Mount Sinai Geriatric Education Center. Albany, New York City, Rochester, NY.

Wagner, M.T., McDaniel, K.D. & Greenspan, B.S.  (November, 1990).  Primary progressive aphasia: A SPECT and longitudinal neuropsychological study.  Paper presented at the National Academy of Neuropsychologist Conference. Reno, NV.

Wagner, M.T. & Cushman, L.A. (November, 1989).  A method of testing for visual agnosia using standard neuropsychological instruments:  Case example presentation. Paper presented at the National Academy of Neuropsychologists Conference. Washington, D.C.

Wagner, M.T., Cushman, L.A. & Friedman, P.+ (November, 1989).  Generalized cognitive decline as an indicator of "dementia" in unilateral cerebrovascular lesion.  Paper presented at the National Academy of Neuropsychologists Conference.  Washington, D.C.

Wagner, M.T. (November, 1989). The WAIS-R profile as a psychometric marker of  Alzheimer's Disease.  Paper presented at the National Academy of Neuropsychologists Conference.  Washington, D.C.

Wagner, M.T. (October, 1987).  Comparison of the effects of cortical and subcortical stroke on higher cortical functions.  Paper presented at the National Academy of Neuropsychologists Conference. Chicago, IL.

Wagner, M.T. & Aggarwal, U. (April, 1987).  Geriatric stroke rehabilitation: A clinical, educational, and research opportunity.  Paper presented at the Spring Symposium on Aging.  Rochester, NY.

Wagner, M.T., Williams, J.M., & Long, C.J. (July, 1986).  The influence of social support on the recovery from head injury.  Paper presented at the International Neuropsychology Society European Conference. Veldhoven, The Netherlands.

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 22.

Wagner, M.T. & Danse, M. (May, 1986). <u>The influence of psychosocial issues involved in conceptualizing a cognitive remediation program</u>. Paper presented at the Fourth Annual Human Neuropsychology Conference. Memphis, TN.

Wagner, M.T., Williams, J.M., & Long, C.J. (October, 1985). <u>The relationship between recovery from head injury and social support</u>. Paper presented at the National Academy of Neuropsychologists Annual Conference. Philadelphia, PA.

Wagner, M.T., Bolter, J., & Long, C.J. (August, 1984). <u>Sex differences in cerebral asymmetry</u>. Paper presented at the International Neuropsychology Society Annual Conference. Houston, TX.


In review


Note:     Medical students*
          Graduate students#
          Residents+

CURRICULUM VITAE

MARK T. WAGNER, PH.D.
PAGE 23.