## Mark T. Wagner, Phd, at Deposition or at Trial

| Date | Deposed | Court | By request of: | Case: |
|---|---|---|---|---|
| 9/27/2013 | X | | Collins and Lacy | Rafael Yekuel v. Eagles |
| 6/17/2014 | X | | Kara and Christmas | Lonny Moore v. Tank Pro |
| 9/24/2014 | X | | Richardson Plowden & Robinson | Gilreath v The Enclave at Long Point Community |
| 12/3/2014 | X | | Carlock and Copeland | Steven Book, Individually and Steven Book as natural Parent and Guardian ad litem for Megan Book, a minor |
| 2/18/2015 | X | | Young Clement Rivers | William M. Nix, Jr.  v. Stevens Transport case |
| 4/27/2015 | X | | Wilson Jones Carter & Baxley | Susan Martin vs. Newberry County School District |
| 8/24/2015 | X | | Barnwell - Whaley | Wilson v. Win-Holt 3849.001 |
| 9/23/2015 | X | | Barnwell - Whaley | Skelton v Summerville Plaza et al |
| 3/22/2016 | X | | Attorney Harriett Johnson | William Archer v Fluor Daniel Services, Inc. & Liberty Mutual Insurance |
| 11/22/2016 | | X | Judge Gergel | Dylan Roof |
| 4/26/2017 | X | | Attorney Jim Scott | Livak v. Austin Commercial |
| 3/17/2017 | X | | Attorney Barrett Brewer | Burroughs James Jr. v. Herbert E. Wilson, Jr |
| 7/26/2017 | X | | Attorney Thomas Fowler | Andrea Holland |
| 02/12/2018 – 02/16/2018 | | X | Anderson County Solicitors office | Jesse Osborne waiver hearing Family Court 2018 |
| 6/15/2018 | X | | Haynsworth Sinkler Boyd, PA | Steven Brogdon v. Associated Asphalt, Associated |
| 1/8/2019 | X | | Young Clement & Rivers | Ellen Stoler |
| 2/27/2019 | X | | Young Clement & Rivers | Zahra Hajiaghamohseni v. M.B. Kahn Construction Co. Inc. and Henry Harrison 2/27 |
| 3/6/2019 | X | | Attorney Amanda Bradley | Jeffrey Brook McCollum and Hannah Whitfield McCollum v. Steven Paul (Claim No: 0000181512) |
| 11/11/19 - 11/15/2019 | | X | Anderson County Solicitors office | Jesse Osborne sentencing hearing Family Court 2019 |
| 7/15/2020 | X | | Young Clement & Rivers | Estate of Delila Parrot vs. Sandpiper |
| 7/20/2020 | X | | Milligan Law Firm | Laura Farmer vs. Joann McGinnigle |

| Date | X | X | Firm | Case |
|---|---|---|---|---|
| 8/11/2020 | X | | Clawson & Staubes | Tara Hay vs. Brandi Carson |
| 9/1/2020 | X | | Attorney William Barnes, III | Karen E. Race v. Paige L. Duvall |
| 9/2/2020 | X | | Moseley Marcinak Law Group | Hollis Kelly v. Brown |
| 9/9/2020 | | X | Young Clement Rivers | Estate of Delila Parrott v. Sandpiper Independent and Assisted Living-Delaware LLC; |
| 1020/20 | X | | Hall Booth and Smith | Donice T. Lyons v. Douglas E. Howk and Greatwide Dallas Marvis, LLC |
| 3/30/2021 | X | | Sweeny,Wingate & Barrow, P.A. | Burris, Mauika v. Eagle Transport |
| 3/17/2021 | X | | Barnwell Whaley Patterson & Helms, LLC | Jason Yorty and Karen Yorty v. Travis Gates & HT Hackney Co. |