**Mark T. Wagner, Ph.D.**
**Licensed Clinical Neuropsychologist**
**Private Consulting Practice**

June 26, 2021

Thomas Milligan
721 Long Point Road, Suite 401
Mt. Pleasant, SC 29464

tom@milliganlawfirm.com

    RE: Tara and David Farque vs. Deon Deas and Tamara Gonzalez

| | | |
|---|---|---|
| 6/25/2021 | Review of records without a written report. (5 Hours @ $375/Hour) | $2250.00 |
| Pending | Conference to discuss above review. (.5 Hours @ $300/Hour) | $150.00 |
| | Total balance due: | $2400.00 |

Please make check payable to Mark Wagner, Ph.D., tax I.D. No. 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.  Remit to the following:

    Mark Wagner, Ph.D.
    203 Rutledge Avenue
    Charleston, South Carolina
    29403

**Mark T. Wagner, Ph.D.**
**Licensed Clinical Neuropsychologist**
**Private Consulting Practice**

August 23, 2021

Thomas Milligan
721 Long Point Road, Suite 401
Mt. Pleasant, SC 29464

tom@milliganlawfirm.com

    RE: Tara and David Farque vs. Deon Deas and Tamara Gonzalez

| Date | Description | Amount |
|---|---|---|
| 7/22/2021 | Begin dictation of federal style report. (3 Hours @ $375/Hour) | $1125.00 |
| 7/23/2021 | Continued work of federal style report. (3 Hours @ $375/Hour) | $1125.00 |
| 8/23/2021 | Final editing and proofing. (1 Hours @ $375/Hour) | $375.00 |

Total balance due:                              $2625.00

Please make a check payable to Mark Wagner, Ph.D., tax I.D. No. 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. Remit to the following:

    Mark Wagner, Ph.D.
    203 Rutledge Avenue
    Charleston, South Carolina
    29403